UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 2:07-MJ-00101-jha-3 |
| | § |
| WILLIAM STANTON BIGGART | § |

### O R D E R ON PRO HAC VICE MOTION

After consideration of the Motion To Admit David J. Pire as Counsel Pro Hac Vice for Defendant William Stanton Biggart, it is the opinion of the Court that the Motion is

GRANTED

Signed and entered this 13th day of September, 2007.

s/James H. Allen
U. S. MAGISTRATE JUDGE